AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Louisiana

|  | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| JAMES D. WILLIAMS | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. 16-2236 F(5) |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| GREAT AMERICAN INSURANCE COMPANY,ET AL | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kent N. Riser
Through Louisiana Long Arm Statute
RRI BOX 177
MYRTLE, MO 65778

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael Hingle
Michael Hingle & Associates, LLC
220 Gause Boulevard
Slidell, LA 70458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __Mar 16 2016__

Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kent Risner

was received by me on *(date)* March 21, 2016

⬚ I personally served the summons on the individual at *(place)*

                on *(date)*           ; or

⬚ I left the summons at the individual's residence or usual place of abode with *(name)*

                , a person of suitable age and discretion who resides there,

on *(date)*           , and mailed a copy to the individual's last known address; or

⬚ I served the summons on *(name of individual)*           , who is

designated by law to accept service of process on behalf of *(name of organization)*

                on *(date)*           ; or

⬚ I returned the summons unexecuted because            ; or

☒ Other *(specify):* Certified Mail
# 9171 9690 0935 0090 6419 82

My fees are $        for travel and $        for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: April 4, 2016

                 *Krista Alquist*
                               *Server's signature*

                 Krista Alquist - Paralegal
                             *Printed name and title*

                 PO Box 1129, Slidell, LA 70459
                             *Server's address*

Additional information regarding attempted service, etc:


**UNITED STATES**
**POSTAL SERVICE.**

Date: April 1, 2016

Krista Alquist:

The following is in response to your April 1, 2016 request for delivery information on your Certified Mail™ item number 9171969009350090641982.  The delivery record shows that this item was delivered on March 21, 2016 at 12:21 pm in MYRTLE, MO  65778. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service